**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**MICHAEL GRUBER**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| MICHAEL GRUBER, | No.   2:15-cv-01680-CMK |
| Plaintiff, | |
| | STIPULATION AND ORDER FOR EXTENSION OF PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended one day to June 24, 2016.

  Dated: June 12, 2016         */s/    Jesse S. Kaplan*
                     JESSE S. KAPLAN
                     Attorney for Plaintiff

[Pleading Title] - 1

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Acting Regional Counsel, Region IX<br>Social Security Administration |
| Dated: June 13, 2016 |   /s/ per e-mail authorization |
|   | CHANTAL JENKINS<br>Special Assistant U.S. Attorney<br>Attorney for Defendant |

**ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to June 24, 2016.

SO ORDERED.

Dated:  June 20, 2016

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE