PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
Chantal R. Jenkins, SBN PA 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| MICHAEL GRUBER,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:15-cv-01680-CMK<br><br>STIPULATION AND ORDER<br>FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time to August 24, 2016 to respond to Plaintiff's opening brief.  The current due date is July 25, 2016.  This is Defendant's first request for an extension of time.  Defendant respectfully requests this additional time due to a heavy workload.  Defendant's counsel is working on an appellate brief, and has another appellate brief due in September.  In addition, Defendant's counsel is responsible for managing and briefing forty-seven other matters pending before the District Courts.

    This request is made in good faith with no intention to unduly delay the proceedings.

1

1 | The parties further stipulate that the Court's Scheduling Order shall be modified
2 | accordingly.
3 | Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

Dated:  July 12, 2016       /s/ Jesse S. Kaplan by Chantal R. Jenkins*
                            Jesse s. Kaplan
                            *As authorized via email on July 12, 2016
                            Attorney for Plaintiff

Dated:  July 12, 2016       PHILLIP A. TALBERT
                            Acting United States Attorney
                            DEBORAH LEE STACHEL
                            Acting Regional Chief Counsel, Region IX
                            Social Security Administration

                    By:     /s/ Chantal R. Jenkins
                            CHANTAL R. JENKINS
                            Special Assistant United States Attorney

ORDER

APPROVED AND SO ORDERED:

Dated:  July 18, 2016

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2